IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ERIC DILWORTH                                                                                PLAINTIFF

V.                                                      CIVIL ACTION NO. 1:17-CV-63-SA-DAS

TISHOMINGO COUNTY MISSISSIPPI                                DEFENDANT

## ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Defendant's Motion for Summary Judgment [52] is GRANTED in part, and DENIED in part. This CASE is DISMISSED without prejudice for lack of subject matter jurisdiction. The Defendant's request for summary judgment in its favor on the Plaintiff's claims is DENIED, as is its request for attorney's fees under 42 U.S.C. §1988 as the Court did not reach the merits of the Plaintiff's claims.

It is so ORDERED on this the 30th day of April, 2019.

                                                          /s/ Sharion Aycock
                                                   UNITED STATES DISTRICT COURT JUDGE